USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 01/13/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUDERSDAL, EEOD, et al.                          :
                                                 :
                                    Plaintiffs,  :
                                                 :         1:18-cv-11072-GHW
              -against-                          :
                                                 :         ORDER
PHILIP ROBERT HARRIS, et al.                     :
                                                 :
                                                 :
                                    Defendants.  :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On January 10, 2020, Magistrate Judge Lehrburger granted Plaintiffs leave to file a second amended complaint. Dkt. No. 226. It is the Court's preference that Defendants' motions to dismiss address that second amended complaint fully, and not simply in reply briefing. Accordingly, the Court denies the pending motions to dismiss, Dkt. Nos. 151, 157, 164, 167, 169, 171, 174, and 177, as moot. Defendants are directed to file their motions to dismiss Plaintiffs' second amended complaint by no later than February 3, 2020. Plaintiffs' oppositions are due no later than February 24, 2020. Defendants' replies are due no later than March 9, 2020. At the time they file their respective motions and oppositions, Defendants and Plaintiffs should also file a letter attaching a redline which compares their motions to dismiss Plaintiffs' first amended complaint and oppositions to those motions to their newly filed motions and oppositions so that the Court may easily ascertain the issues or arguments which have been raised or obviated as the result of Plaintiffs' decision to file their second amended complaint.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 151, 157, 164, 167, 169, 171, 174, and 177.

SO ORDERED.

Dated: January 13, 2020
New York, New York

_____
GREGORY H. WOODS
United States District Judge