UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| RUDERSDAL, EOOD, *et al.* | ) Case No. 18-cv-11072 (GHW-)-(RWL) |
| | ) |
| | ) [rel. 19-cv-01762] [Stayed] |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| PHILIP ROBERT HARRIS, *et al.* | ) |
| | ) |
| Defendants. | ) |
| | ) |

## PLAINTIFFS' UNCONTESTED MOTION FOR LEAVE TO SERVE DEFENDANT VTB BY ALTERNATIVE METHODS

COME NOW Plaintiffs Rudersdal, EEOD, All Seas Property 2, OOD, Asset Management, EAD, and Zahari Tomov (hereinafter "Plaintiffs"), by and through undersigned counsel, and moves this Honorable Court pursuant to United States District Court for the Southern District of New York local civil rule 7.1 and Magistrate Judge Lehrburger Individual Practices in Civil Cases Rule III, for leave to serve process on Defendant The Bank for Foreign Trade of the Russian Federation, a/k/a VTB Bank ("VTB") by alternative methods, to which motion the Defendants who have appeared in this matter thus far do not oppose. In support of their motion, Plaintiffs respectfully refer this Honorable Court to the annexed memorandum of points and authorities.

WHEREFORE, by all these presents, Plaintiffs pray that the instant motion be granted.

Dated: April 17, 2020                                    Respectfully submitted,

                                                                                       Rudersdal, EEOD
                                                                                       All Seas Property 2, OOD
                                                                                       Asset Management, EAD, and
                                                                                       Zahari Tomov, individually
                                                                                       Zahari Tomov, as special counsel to Trustee
                                                                                       PLAINTIFFS

By counsel

/s/ Sylvia J. Rolinski
Sylvia J. Rolinski, Esq.
SDNY Bar Code: SR 7798
14915 River Road
Potomac, Maryland 20854
Telephone: (301)987-0202
Facsimile:  (301)263-7100
sjr@rolinski.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of Plaintiffs' Uncontested Motion For Leave To Serve Defendant VTB by Alternative Methods was served via ECF filing on all counsel of record on this the 17th day of April 2020.

/s/ Sylvia J. Rolinski, Esq.
Sylvia J. Rolinski, Esq.
SDNY Bar Code: SR 7798
14915 River Road
Potomac, Maryland 20854
Telephone: (301)987-0202
Facsimile:  (301)263-7100
sjr@rolinski.com