UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RUDERSDAL, et al.;

                Plaintiffs,

v.

HARRIS, et al.;

                Defendants.

Civil Action No.: 18-cv-11072 (GHW-RWL)
Rel. 19-cv-01762 (Stayed)

**PROPOSED ORDER**

Upon the motion for Shannon Daugherty for leave to withdraw from this action as counsel for Defendant Bulgartabac Holding, AD, **IT IS HEREBY ORDERED**:

1. The motion is granted.

SO ORDERED.

Dated:

                                                United States District Judge