

**Casey D. Laffey**
Direct Phone: +1 212 549 0389
Email: claffey@reedsmith.com

Reed Smith LLP
599 Lexington Avenue
New York, NY 10022-7650
+1 212 521 5400
Fax +1 212 521 5450
reedsmith.com

March 2, 2022

**VIA ECF**

Hon. Robert W. Lehrburger
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, NY 10007

      Re:    *Rudersdal, EOOD, et al.*, v. *Harris, et al.*, No. 1:18-cv-11072-GHW-RWL

Dear Judge Lehrburger:

We represent nominal defendant the Bank of New York Mellon Corporation ("BNYM").

Pursuant to the Court's July 3, 2019 Order (ECF No. 142), motion to dismiss briefing was bifurcated such that jurisdictional bases for dismissal ("phase one") would be briefed and decided before any non-jurisdictional bases ("phase two"). *See* ECF No. 70 at 4; ECF No. 141. Following Judge Woods's Memorandum Opinion and Order dated January 28, 2022 (ECF No. 422), phase one has now concluded. After conferring with Plaintiffs' counsel,[1] BNYM and Plaintiffs have agreed on the following briefing schedule for phase two, which we respectfully request the Court so-order:

- By April 15, 2022, BNYM will file its motion to dismiss.
- By May 6, 2022, Plaintiffs will their response.
- By May 20, 2022, BNYM will file its reply.

We thank the Court for its time and attention to this matter.

Respectfully submitted,

  */s/ Casey D. Laffey*_____
Casey D. Laffey

CDL:eg

---

[1] The other named defendants that have not been dismissed from this action—Ayr Logistics Limited, Inc.; Chadvar Angelov; All Seas Management; Blue Finance Limited; Anthony Dennis Harriott; and Grant Capital Investments—have not appeared.

ABU DHABI ♦ ATHENS ♦ AUSTIN ♦ BEIJING ♦ BRUSSELS ♦ CENTURY CITY ♦ CHICAGO ♦ DALLAS ♦ DUBAI ♦ FRANKFURT ♦ HONG KONG
HOUSTON ♦ KAZAKHSTAN ♦ LONDON ♦ LOS ANGELES ♦ MIAMI ♦ MUNICH ♦ NEW YORK ♦ PARIS ♦ PHILADELPHIA ♦ PITTSBURGH ♦ PRINCETON
RICHMOND ♦ SAN FRANCISCO ♦ SHANGHAI ♦ SILICON VALLEY ♦ SINGAPORE ♦ TYSONS ♦ WASHINGTON, D.C. ♦ WILMINGTON