UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RUDERSDAL, EOOD,** *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 1:18-cv-11072 (GHW-RWL) |
| ) | [rel. 1:19-cv-01762 (STAYED)] |
| ) | |
| **PHILIP ROBERT HARRIS,** *et al.* ) | |
| ) | |
| Defendants. ) | |
| ) | |

### NOTICE OF STIPLUATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT THE BANK OF NEW YORK MELLON CORPORATION

COMES NOW, Plaintiffs Rudersdal, EOOD, All Seas Property 2, OOD; Asset Management, EAD; and Zahari Tomov, individually and Zahari Tomov as special counsel to Trustee, and Defendant The Bank of New York Mellon Corporation, by and through undersigned counsel, pursuant to Rule 1(F) of Your Honor's Individual Practices in Civil Cases and Federal Rules of Civil Procedure 41(a)(1)(A)(i), respectfully submit this Notice of Stipulation of Voluntary Dismissal With Prejudice of Defendant The Bank of New York Mellon Corporation from this action. All parties to this Notice agree and stipulate to pay their own costs and fees. The Bank of New York Mellon Corporation's Motion to Dismiss Plaintiffs' Third Amended Complaint is hereby withdrawn as moot.

Dated: April 29, 2022

                                                       Respectfully submitted,

                                                       Rudersdal, EEOD
                                                       All Seas Property 2, OOD
                                                       Asset Management, EAD, and
                                                       Zahari Tomov, individually
                                                       Zahari Tomov, as special counsel to Trustee

PLAINTIFFS

By counsel:

/s/ Sylvia J. Rolinski
Sylvia J. Rolinski, Esq.
SDNY Bar Code: SR 7798
14915 River Road
Potomac, Maryland 20854
Telephone: (301)987-0202
Facsimile: (301)263-7100
sjr@rolinski.com

The Bank of New York Mellon Corporation
DEFENDANT

By counsel:

/s/ Casey D. Laffey
Casey D. Laffey, Esq.
Ian M. Turetsky, Esq.
Reed Smith, LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 521-5400
Facsimile:  (212) 521-5450
claffey@reedsmith.com

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on this 29th day of April 2022, I caused to be served the foregoing Notice via the CM/ECF system on all counsel of record and as noted below:

Philip Robert Harris – via USPS
459 Chippendale Drive
Rockwell, TX 75032
*Defendant*

Anthony Harriott – via USPS
c/o Director of Grant Capital Investments, Limited
21 Foxcroft Drive
Princeton, N.J. 08540
*Defendant*

Grant Capital Investments, Limited – via USPS
c/o Director of Grant Capital Investments, Limited
21 Foxcroft Drive
Princeton, N.J. 08540
*Defendant*

                                               /s/ Casey D. Laffey
                                               Casey D. Laffey