```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RUDERSDAL, EOOD, et al.,                       :
                                               :   18-cv-11072 (GHW) (RWL)
                                               :   19-cv-01762 (GHW) (RWL)
                        Plaintiffs,            :
                                               :           ORDER
         - against -                           :
                                               :
PHILIP ROBERT HARRIS, et al.,                  :
                                               :
                        Defendants.            :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/2/2022

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

With the dust having settled after initial motion practice, counsel for Plaintiffs and any remaining Defendants shall meet and confer about, and submit to the Court by May 16, 2022, a proposed case management and scheduling order for the remainder of the case.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:     May 2, 2022
           New York, New York

Copies transmitted to all counsel of record.

1