**SYLVIA J. ROLINSKI\***



Sylvia J. Rolinski, Esq.  
P: 301.987.0202 ext. 1  
F: 301.263.7100  
SJR@Rolinski.com

14915 River Road  
Potomac, MD 20854  
www.Rolinski.com

May 16, 2022

**Via ECF**  
Hon. Robert W. Lehrburger  
United States Magistrate Judge  
Daniel Patrick Moynihan United States Courthouse  
500 Pearl Street  
New York, N.Y. 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/17/2022
```

Re:   <u>Rudersdal, EOOD, et al. v. Harris, et al.</u>, 1:18-cv-11072 [rel. 1:19-cv-01762]

Dear Magistrate Judge Lehrburger:

Please accept this letter from Plaintiffs' counsel in the above-named matters as Plaintiffs' response in case No.: 1:18-cv-11072, as to this Court's May 2, 2022 Order (ECF 429) seeking a proposed case management and scheduling order by May 16, 2022, after the remaining parties conferred.

Plaintiffs have not been able to confer with the remaining Defendants as none have yet responded.  Accordingly, Plaintiffs asserts that it is prudent and seeks a 60-day continuance to file a proposed case management and scheduling order to give the parties the opportunity to confer by July 15, 2022.

No prejudice will inure to this Court or any party.

Respectfully submitted,  
/s/ Sylvia J. Rolinski\_\_\_  
Sylvia J. Rolinski, Esq.  
SDNY Bar Code: SR 7798  
14915 River Road  
Potomac, M.D. 20854  
Telephone: (301) 987-0202  
Facsimile: (301) 263-7100  
SJR@Rolinski.com  
*Counsel for Plaintiffs*

Service on all parties via ECF  
Defendant Harris by USPS

\*Admitted in MD, DC and NY          Rolinski Law Group, LLC          Potomac, MD

Counsel has not provided any justification for why such a long extension of time is required. Nor has counsel provided any details about when counsel attempted to contact which defendants. Counsel also has not complied with this Court's individual rules concerning timely filing of requests for extensions. Nonetheless, an extension is granted until June 1, 2022. All remaining defendants must promptly respond to and meet and confer with Plaintiff's counsel. If defendants fail to do so, Plaintiffs may seek appropriate relief. To the extent any remaining defendant is pro se, Plaintiff shall serve a copy of this order on that defendant by May 20, 2022.

SO ORDERED:

5/17/2022

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE