```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/2/22
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUDERSDAL, EEOD, et al.                  :
                                          :
                          Plaintiffs,    :
                                          :          1:18-cv-11072-GHW
         -against-                        :
                                          :                ORDER
PHILIP ROBERT HARRIS, et al.             :
                                          :
                                          :
                          Defendants.    :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

The parties' June 1, 2022 request to transfer this case to the United States District Court for the Northern District of Texas, Dallas Division, Dkt. No. 435, is granted. Section 1404(a) allows a district court to transfer a case for the convenience of parties and witnesses to "any other district or division where it might have been brought" if doing so is "in the interest of justice." *See* 28 U.S.C. § 1404(a). Here, the plaintiffs and the remaining defendants in this case consent to a transfer, including because there is related an ancillary litigation pending the Northern District of Texas. Given the parties' consent, the Court agrees that transferring this case to the Northern District of Texas would serve the interests of justice.

Accordingly, the Clerk of Court is directed to transfer this case to the Northern District of Texas, Dallas Division without delay. The Clerk of Court is further ordered to close this case.

SO ORDERED.

Dated: June 2, 2022
       New York, New York

                                                _____
                                                GREGORY H. WOODS
                                                United States District Judge