USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/3/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
RUDERSDAL, EEOD, et al.                :
                                       :
                         Plaintiffs,   :
                                       :       1:18-cv-11072-GHW
         -against-                     :
                                       :       ORDER
PHILIP ROBERT HARRIS, et al.,          :
                                       :
                                       :
                         Defendants.   :
-----------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

On June 2, 2022, at the parties' request, this case was transferred to the United States District Court for the Northern District of Texas, Dallas Division. Dkt. No. 436. Accordingly, the parties must direct any filings to the United States District Court for the Northern District of Texas, Dallas Division.

The Clerk of Court is ordered to close this case.

SO ORDERED.

Dated: November 3, 2022
       New York, New York

_____
GREGORY H. WOODS
United States District Judge