USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
RUDERSDAL, EOOD, et al.,

                              Plaintiffs,

                - against -

PHILIP ROBERT HARRIS, et al.,

                              Defendants.
-----------------------------------------------------------X

18-cv-11072 (GHW) (RWL)
19-cv-01762 (GHW) (RWL)

**<u>ORDER</u>**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

      On June 2, 2022, this case was transferred to the Northern District of Texas. On October 5, 2022, the District Court for the Northern District of Texas ordered the case transferred back to the Southern District of New York. On March 31, 2023, the case was re-docketed in this Court. Accordingly, the parties shall meet and confer, and by April 20, 2023, shall file (1) a new proposed case schedule and plan and (2) a letter identifying any current issues that are ripe for consideration and any other matter about which the parties believe the Court should be aware so that this case can be brought to a timely and orderly conclusion.

                                                      SO ORDERED.

                                                     _____
                                                     ROBERT W. LEHRBURGER
                                                     UNITED STATES MAGISTRATE JUDGE

Dated:       April 6, 2023
               New York, New York

Copies transmitted to all counsel of record.

1