**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
RUDERSDAL, EEOD, et al.,

                             Plaintiffs,

         -against-                            18 **CIVIL** 11072 (GHW)(RWL)

                                         <u>**JUDGMENT**</u>

PHILIP ROBERT HARRIS, et al.,

                            Defendants.
------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated May 4, 2023, the Court finds dismissal without prejudice and

without fees or costs appropriate. The Court has therefore granted Plaintiffs' request to dismiss

without prejudice and without fees or costs; accordingly, the case is closed.

**Dated:**  New York, New York

     May 8, 2023

                                        **RUBY J. KRAJICK**

                             _____
                                    **Clerk of Court**

                **BY:**           *K. mango*

                                   _____
                                    **Deputy Clerk**